# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-3170

_____

| | | |
|---|---|---|
| Donna M. Holliday, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Arkansas. |
| | * | |
| Michael J. Astrue, Social Security | * | [UNPUBLISHED] |
| Commissioner, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: June 1, 2012
Filed: June 6, 2012

_____

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Donna Holliday appeals the district court's[1] order affirming the denial of disability insurance benefits and supplemental security income. Following de novo review, *see Perkins v. Astrue*, 648 F.3d 892, 897 (8th Cir. 2011), this court concludes that the administrative law judge provided adequate reasons for giving little weight to certain findings of the claimant's treating physicians, and for discrediting the claimant's subjective complaints to the extent alleged; and that substantial evidence

_____

[1]The Honorable D. P. Marshall Jr., United States District Judge for the Eastern District of Arkansas.

on the record as a whole supports the denial of benefits. This court affirms. *See* 8th Cir. R. 47B.

_____